

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,775-03

### IN RE SANDRO BALADEZ, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 01-1-6342[1] IN THE 24TH DISTRICT COURT
### FROM JACKSON COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he filed an application for a writ of habeas corpus in Jackson County and his application has not been properly forwarded to this Court.

Respondent, the District Clerk of Jackson County, shall forward Relator's habeas application to this Court, respond that Relator has not filed a habeas application in Jackson County, or forward a copy of an order designating issues together with correspondence documenting the date the State received Relator's habeas application. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c) and (d); TEX.

---

[1] Relator lists the cause number in his pleadings as 01-1-6242, but records indicate that the cause number he is referencing is actually 01-1-6342.

R. App. P. 73.4(b)(5).  This motion for leave to file will be held.  Respondent shall comply with this order within thirty days from the date of this order.

Filed:  December 8, 2021
Do not publish